Tauni SIMO; Dalores Rowe; Maria Ramirez; Petra Villegas; Petra Deleon; Candy Fernandez; Gabriela Uribe; Angelina Perez; Maria Clark; Lourdes Gonzalez; Vilma Garcia; Dolores Olivas; Maria Osorio; Sil Vie Madrigal; Ana Gonzales; Maria Aguirre; Mariana Godina; Lidia Peraza; Chong Suk Kim; Claristine Hadley; Yong Hui Pak; Teresa Gomez; Noemi Maya; Teresa Wilson Sloan; Miy Ako Kanai, Plaintiffs—Appellants,

v.

UNION OF NEEDLETRADES, INDUSTRIAL & TEXTILE EMPLOYEES, SOUTHWEST DISTRICT COUNCIL; Union of Needletrades, Industrial & Textile Employees, AFL–CIO; Antonio Orea; Roxana Guevara, Defendants—Appellees.

No. 01–55937.

D.C. No. CV–98–00840–CAS.

United States Court of Appeals, Ninth Circuit.

Jan. 16, 2003.

Before D.W. NELSON and T.G. NELSON, Circuit Judges, and SCHWARZER,* Senior District Judge.

ORDER

The union's Motion to Reconsider Deputy Clerk's Order Granting Appellants' Motion to Correct Clerical Mistake in Appellants' Notice of Appeal is DENIED. The union's Motion to Strike Appellants' Excerpts of Record and Opening Brief, to Vacate Briefing Schedule, and for Monetary Sanctions is DENIED.